# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Aquavious Ray
*Plaintiff(s)*

v.

(Head Nurse) Nurse O
*Defendant(s)*

Civil Action No. 2:20-cv-03337-BHH-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Head Nurse O
4460 Broad River Rd
Columbia SC 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
*CLERK OF COURT*

Date: 02/23/2021



s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

)
)
)
_Aquavious Ray_ )
  Plaintiff(s) )
v. ) Civil Action No. 2:20-cv-03337-BHH-MGB
)
)
_(Head Dentist) Swann_ )
  Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Head Dentist Swann
4460 Broad River Rd.
Columbia SC 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
*CLERK OF COURT*



Date: 02/23/2021       s/H.Cornwell
                *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| AQUAVIOUS RAY <br> *Plaintiff(s)* <br> v. <br> CAPTAIN JOEY TUTT <br> *Defendant(s)* | Civil Action No. 2:20-cv-03337-BHH-MGB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CAPTAIN JOEY TUTT
286 REDEMPTION WAY
MCCORMICK SC 29899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
*CLERK OF COURT*

Date: 02/23/2021



s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | ) | |
|---|---|---|
| AQUAVIOUS RAY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:20-cv-03337-BHH-MGB |
| (Cpl) HOPKINS | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CORPORAL HOPKINS
296 REDEMPTION WAY
MCCORMICK SC 29899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
*CLERK OF COURT*

Date: 02/23/2021



s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

_Aquavious Ray_
Plaintiff(s)

v.

_Assistant Warden Roberson_
Defendant(s)

Civil Action No. 2:20-cv-03337-BHH-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Assistant Warden Roberson
286 Redemption Way
McCormick SC 29899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
CLERK OF COURT

Date: 02/23/2021

s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Aquavious Ray
_____
Plaintiff(s)

v.

Captain Terry
_____
Defendant(s)

Civil Action No. 2:20-cv-03337-BHH-MGB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Captain Terry
286 Redemtion Way
McCormick SC 29899

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume,
CLERK OF COURT

Date: 02/23/2021

s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

Aquavious Ray
*Plaintiff(s)*

v.

Warden Williams et al.,
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

William Akerman (Dental Director)
4444 Broad River
Cola S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Aquavious JuJuan Ray
356637
Evans Correctional Institution
610 Hwy 9 West
Bennettsville, SC 29512

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/23/2021

s/H.Cornwell
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

)
)
)
Aquavious Ray )
 Plaintiff(s) )
 )
 v. ) Civil Action No.
 )
 ) 2:20-cv-03337-BHH-MGB
 )
Warden C. Williams )
 Defendant(s) )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Warden C. Williams
4444 Broad River Rd
Cola S.C. 29210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aquavious Ray
4460 Broad River Road
Columbia, SC 29210

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 02/23/2021   s/H.Cornwell
  *Signature of Clerk or Deputy Clerk*